## Jones Unemployment Compensation Case.

Argued November 11, 1964. *Joseph R. Rygiel,* for appellant; *Sydney Reuben,* Assistant Attorney General, with

him *Walter E. Alessandroni*, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.